UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
STABILIS FUND IV, LP,

        Plaintiff,

   - against –

ALROSE KING DAVID LLC, *a/k/a* ALLEGRIA HOTEL AND SPA, ALLEN ROSENBERG, SOL GREEN, GIL-BAR INDUSTRIES, INC., PBX STORE INC., UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY, COUNTY OF NASSAU, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, and JOHN DOE #1 through JOHN DOE #10 (said John Doe defendants being fictitious, it being intended to name all other parties who may have some interest in or lien upon the premises sought to be foreclosed),

        Defendants.
------------------------------------------------------------- X

No. 2:16-cv-00588 (SJF-AKT)

**STIPULATION**

IT IS HEREBY stipulated and agreed by the parties; and

IT IS HEREBY ORDERED by the Court, that the time for Defendants Alrose King David LLC, Allen Rosenberg, and Sol Green to answer or otherwise move with respect to the Complaint is extended through and including March 15, 2016.

**SO ORDERED:**              _____
                          **Hon. Sandra J. Feurstein**

Dated: February 9, 2016
    New York, New York

**STIPULATED & AGREED TO BY:**

| **REED SMITH LLP**<br><br>By:    /s/ *Casey D. Laffey*<br>     Casey D. Laffey<br>     Efrat Cohen<br>     Michael Venditto<br>     599 Lexington Avenue<br>     New York, New York 10022<br>     (212) 521-5400<br><br>*Attorneys for Plaintiff Stabilis Fund IV, LP* | **KAMERMAN, UNCYK, SONIKER, & KLEIN, P.C.**<br><br>By:    /s/ *Akiva M. Cohen*<br>     Akiva M. Cohen<br>     1700 Broadway<br>     42 Floor<br>     New York, New York 10019<br>     (212) 400-4930<br><br>*Attorneys for Alrose King David LLC and Allen Rosenberg* |
|---|---|
| | **CARLET, GARRISON, KLEIN & ZARETSKY, LLP**<br><br>By:    /s/ *Norman Klein*<br>     Norman Klein<br>     1135 Clifton Avenue<br>     Suite 104<br>     Clifton, New Jersey 07013<br>     (973) 777-6200<br><br>*Attorneys for Sol Green* |